IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LENARD D. HARRIS, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 18-984 |
| ANDREW M. SAUL, Acting Commissioner of Social Security,[1] | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 12th day of August, 2019, upon consideration of the Administrative Record and the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter, (ECF No. 23), and it appearing that neither Plaintiff nor Commissioner have objected to the report,[2] it is hereby **ORDERED** that:

1. Magistrate Judge Rueter's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review, (ECF No. 15), is **DENIED**;

3. Judgment is **ENTERED** in favor of the Commissioner and

4. The Clerk of Court shall **CLOSE** this case.

---

[1] On June 17, 2019, Andrew M. Saul succeeded Nancy A. Berryhill as Acting Commissioner. Thus, pursuant to Federal Rule of Civil Procedure 25(d) and 42 U.S.C. § 405(g), Saul is substituted as the defendant in this action. *See* FED. R. CIV. P. 25(d); 42 U.S.C. § 405(g).

[2] When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998). No clear error appears on the face of the record and the Court accordingly accepts Judge Rueter's Recommendation.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.